UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. 07-3063 (MLC) |
| Petitioner, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| JOSEPH F. OTTINO, | : |  |
| Respondent. | : |  |

**THE PETITIONER** seeking to compel the respondent to comply with a summons issued by the Internal Revenue Service ("IRS") (dkt. entry no. 2, Order to Show Cause); and the petitioner now advising the Court that the matter "has been rendered moot", as "the respondent has fully complied with the IRS summons" and "[t]he respondent's cooperation with the IRS Revenue Officer has been complete and the IRS matter has been fully resolved" (dkt. entry no. 3, 7-27-07 Pet. Letter); and thus the Court intending to (1) dismiss the petition as moot, (2) vacate the order to show cause as moot, and (3) close the action; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                              s/ Mary L. Cooper
                                              **MARY L. COOPER**
                                              United States District Judge